IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN M. CLARY,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC.,<br><br>Defendant. | **4:22CV3230**<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the joint motion for extension of deadlines (Filing No. 48) is granted. The amended final progression order (Filing No. 39) is amended as follows:

1)     The trial and pretrial conference will not be set at this time. The status conference scheduled for **May 23, 2024** is **continued**. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 29, 2024** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadlines for moving to amend pleadings or add parties are:

|  |  |
|---|---|
| For the plaintiff(s): | August 28, 2024 |
| For the defendant(s): | July 24, 2024 |

3)     The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is July 16, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 30, 2024.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)   The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):              June 14, 2024.

   For the defendant(s):             July 26, 2024.

5)   The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):              July 15, 2024.

   For the defendant(s):             August 26, 2024.

   Plaintiff(s)' rebuttal:            October 15, 2024.

6)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 29, 2024.

7)   The deadline for filing motions to dismiss and motions for summary judgment is November 28, 2024.

8)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 28, 2025.

9)   Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

10)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

11)    All other deadlines remain unchanged. Any requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge