IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN M. CLARY, | |
| Plaintiff, | 4:22CV3230 |
| vs. | |
| TRISTAR PRODUCTS, INC., | **ORDER** |
| Defendant. | |

Upon consultation with the parties, the pretrial conference in this case will be rescheduled. Accordingly,

IT IS ORDERED:

1) The Pretrial Conference currently scheduled for November 5, 2025 is <u>rescheduled</u> and will be held before the undersigned magistrate judge on **October 23, 2025** at **10:30 a.m.**, and will be conducted by internet conferencing. The parties should use the conferencing instructions found at Filing No. 68. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on **October 16, 2025.**

2) The jury trial of this case remains set to before Susan M. Bazis, United States District Judge, Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 8:30 a.m. on **December 1, 2025**.

3) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight days prior to trial.

Dated this 30th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge