IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN M. CLARY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>TRISTAR PRODUCTS, INC.,<br><br>　　　　　　　Defendant. | **4:22CV3230**<br><br>**FINAL TRIAL ORDER** |

IT IS ORDERED:

1.　The above-captioned civil case is set for a jury trial before the undersigned judge in Courtroom 1, Robert F. Denney Federal Building, 5th Floor, Lincoln, Nebraska, commencing at **8:30 a.m**. on Monday, **December 1, 2025**, or as soon thereafter as the case may be called, for a duration of five (5) trial days.

2.　A video conference is scheduled to be held before the undersigned judge at 3**:00 p.m. Central Standard Time on Wednesday, November 19, 2025.**  Video conference instructions will be emailed to counsel.

3.　Parties shall deliver to the Court, on or before **12:00 p.m. on Monday, November 17, 2025,**  trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs. Exhibits should be delivered to the intake desk of the Clerk of the Court at the Robert F. Denney Federal Building, 100 Centennial Mall North, 5th Floor, Lincoln, NE 68508.

4.　If a party will use a deposition at trial, the proponent must supply the Court with a copy of the deposition on or before **12:00 p.m. on Monday, November 17, 2025.**  If less than the whole deposition will be used, the copy must highlight the portions to be introduced. The proponent must also supply the Court with a list or index identifying by page and line the portions to be introduced. If a party objects to the introduction of deposition testimony, that party must supply the Court, on or before **12:00 p.m. on Monday, November 17, 2025,** with a list specifying the precise nature of each objection and identifying its location by page and line.

5.　If a party intends to use testimony in a videotaped deposition and the opponent objects to any portion of it, the proponent must supply the Court with a transcript of the testimony from the deposition on or before **12:00 p.m. on Monday, November 17, 2025.**  The transcript must highlight the portions of the testimony to be introduced. The proponent must also supply the Court with a list or index identifying by page and line in the transcript the portions to be introduced. The objecting party must supply the Court, on or before **12:00 p.m. on Monday, November 17, 2025,** with a list specifying the precise nature of each objection and identifying its location in the transcript by page and line.

6. **Additionally, all deadlines in the Order on Final Pretrial Conference, (Filing No. 107), for documents to be filed seven days prior to trial are now required to be filed no later than 12:00 p.m. 14 days prior to trial, which is Monday, November 17, 2025.**

7. At **8:30 a.m.** on the first day of trial, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any last-minute matters prior to trial. Voir dire will commence immediately thereafter.

8. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

9. Questioning of witnesses will be limited to direct examination, cross- examination, and redirect examination unless the Court allows further examination.

10. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

11. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

12. A list of the equipment available in the courtroom, and a virtual tour of the courtroom, is available on the Court's external web page at http://www.ned.uscourts.gov/attorney/courtroom-technology.

Dated this 24th day of October, 2025.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge