IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN M. CLARY, <br><br> Plaintiff, <br><br> vs. <br><br> TRISTAR PRODUCTS, INC., <br><br> Defendant. | 4:22CV3230 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. ([Filing No. 143](#).) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 30th day of December, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge